707 A.2d 144

IN THE MATTER OF MICHAEL J. MELLA,
AN ATTORNEY AT LAW.

March 25, 1998.

## ORDER

The Disciplinary Review Board on December 8, 1997, having filed with the Court its decision concluding that **MICHAEL J. MELLA** of **GARFIELD**, who was admitted to the bar of this State in 1968, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate and to keep client reasonably informed), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **MICHAEL J. MELLA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.